B6B (Official Form 6B) (12/07)

In re **Robert Padula,**                                                     Case No. __**11-12985**__
**Deborah Padula**
                                                                         ,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking account with Wachovia, account number ending xxxx1069** | J | 2,600.00 |
| | | | **Bank of America - Checking Acct ending with 5491 On the date of filing, this account balance was -$8.88** | - | 0.00 |
| | | | **Bank of America - Savings Acct ending 5514** | J | 1.10 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture and furnishings for home in Virginia, including 3 bedroom sets, two tv's, two couches, three chairs, dining room table, hutch, dining room chairs, tv stand; computer, desk, chair, overhead lamp, desk lamp, dishes, glasses, utensils** | J | 4,000.00 |
| | | | **location: 109 Stratford Place, Stafford, Virginia  22556** | | |
| | | | **furniture and furnishings for home located in South Carolina including dining room table and chairs, two tv's, two sofas, three recliners, four large chairs, two foot stools, one large wall mirror, three beds, two bunk beds, five dressers, six night stands, six lamps, one entertainment center, two hutches.** | J | 3,000.00 |
| | | | **location: 1027 Plantation Road, Greer, South Carolina  29651** | | |
| | | | **one lawn tractor** | J | 600.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **family photos** | J | 0.00 |
| | | | | Sub-Total > (Total of this page) | **10,201.10** |

__**3**__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Robert Padula,**
**Deborah Padula**,
Debtors

Case No. **11-12985**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6. Wearing apparel. | | **clothing** | **J** | **500.00** |
| 7. Furs and jewelry. | | **engagement and wedding rings** | **J** | **4,000.00** |
| | | **father's retirement watch** | **J** | **400.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **one 22 pistol, one 45 military pistol** | **J** | **300.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Mutual of Omaha of Nebraska funeral expense insurance policy, no cash surrender value** | **H** | **0.00** |
| | | **USAA term life insurance policy; 100,000 death benefit; no cash surrender value** | **W** | **0.00** |
| | | **American National Insurance Company term life insurance policy, no cash surrender value** | **H** | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **TSP through federal government, account number ending xxxx8882** | **W** | **130,221.64** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >     **135,421.64**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Robert Padula,**
**Deborah Padula**
                                                    , Debtors

Case No. **11-12985**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Deborah Padula v. Terence Gregory Maguire and VPSI, Inc., CL14-973, Prince William County Circuit Court.  This is a personal injury relating to an automobile accident** | W | 10,000,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 BMW 7 series 740iL Sedan, 210,000 miles, fair condition** | H | 3,800.00 |
| | | **1995 Ford F150 Super Cab Short Bed Truck, 160,000 miles, excellent condition** | H | 1,475.00 |
| | | **2000 Chrysler LHS 4 door, 103,000 miles, good condition** | W | 5,100.00 |

Sub-Total >   **10,010,375.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Robert Padula,**
**Deborah Padula**,
Debtors

Case No. **11-12985**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1998 Jeep Grand Cherokee Laredo Sport Utility 4 door, 146,000 miles, excellent condition** | **J** | **2,525.00** |
| | | **location: 1027 Plantation Road, Greer, South Carolina  29651** | | |
| | | **1982 motorcyles, taken apart** | **H** | **0.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **two dogs, one cat** | **J** | **0.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **2,525.00**
(Total of this page)
Total >    **10,158,522.74**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re    **Robert Padula,**                                                                     Case No.   **11-12985**
       **Deborah Padula**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| checking account with Wachovia, account number ending xxxx1069 | Va. Code Ann. § 34-4 | 2,600.00 | 2,600.00 |
| **Household Goods and Furnishings** | | | |
| Furniture and furnishings for home in Virginia, including 3 bedroom sets, two tv's, two couches, three chairs, dining room table, hutch, dining room chairs, tv stand; computer, desk, chair, overhead lamp, desk lamp, dishes, glasses, utensils | Va. Code Ann. § 34-26(4a) | 4,000.00 | 4,000.00 |
| location: 109 Stratford Place, Stafford, Virginia 22556 | | | |
| furniture and furnishings for home located in South Carolina including dining room table and chairs, two tv's, two sofas, three recliners, four large chairs, two foot stools, one large wall mirror, three beds, two bunk beds, five dressers, six night stands, six lamps, one entertainment center, two hutches. | Va. Code Ann. § 34-26(4a) | 3,000.00 | 3,000.00 |
| location: 1027 Plantation Road, Greer, South Carolina 29651 | | | |
| one lawn tractor | Va. Code Ann. § 34-4 | 600.00 | 600.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| family photos | Va. Code Ann. § 34-4 | 0.00 | 0.00 |
| **Wearing Apparel** | | | |
| clothing | Va. Code Ann. § 34-26(4) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| engagement and wedding rings | Va. Code Ann. § 34-26(1a) | 4,000.00 | 4,000.00 |
| father's retirement watch | Va. Code Ann. § 34-4 | 400.00 | 400.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| one 22 pistol, one 45 military pistol | Va. Code Ann. § 34-4 | 300.00 | 300.00 |
| **Interests in Insurance Policies** | | | |
| Mutual of Omaha of Nebraska funeral expense insurance policy, no cash surrender value | Va. Code Ann. § 34-4 | 0.00 | 0.00 |
| USAA term life insurance policy; 100,000 death benefit; no cash surrender value | Va. Code Ann. § 34-4 | 0.00 | 0.00 |
| American National Insurance Company term life insurance policy, no cash surrender value | Va. Code Ann. § 34-4 | 0.00 | 0.00 |

  **1**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Robert Padula,**
       **Deborah Padula**,
                                                                    Debtors

Case No. __**11-12985**__

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| TSP through federal government, account number ending xxxx8882 | Va. Code Ann. § 34-34 | 130,221.64 | 130,221.64 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Deborah Padula v. Terence Gregory Maguire and VPSI, Inc., CL14-973, Prince William County Circuit Court.  This is a personal injury relating to an automobile accident | Va. Code Ann. § 34-28.1 | 10,000,000.00 | 10,000,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2000 BMW 7 series 740iL Sedan, 210,000 miles, fair condition | Va. Code Ann. § 34-26(8) <br> Va. Code Ann. § 34-4 | 2,000.00 <br> 1,800.00 | 3,800.00 |
| 1995 Ford F150 Super Cab Short Bed Truck, 160,000 miles, excellent condition | Va. Code Ann. § 34-4 | 1,475.00 | 1,475.00 |
| 2000 Chrysler LHS 4 door, 103,000 miles, good condition | Va. Code Ann. § 34-26(8) | 600.00 | 5,100.00 |
| 1998 Jeep Grand Cherokee Laredo Sport Utility 4 door, 146,000 miles, excellent condition | Va. Code Ann. § 34-26(8) <br> Va. Code Ann. § 34-4 | 700.00 <br> 1,825.00 | 2,525.00 |
| location: 1027 Plantation Road, Greer, South Carolina  29651 | | | |
| 1982 motorcyles, taken apart | Va. Code Ann. § 34-4 | 0.00 | 0.00 |
| **Animals** | | | |
| two dogs, one cat | Va. Code Ann. § 34-26(5) | 0.00 | 0.00 |
| | Total: | **10,154,021.64** | **10,158,521.64** |

Sheet __**1**__ of __**1**__  continuation sheets attached to the Schedule of Property Claimed as Exempt

# United States Bankruptcy Court
### Eastern District of Virginia

In re **Robert Padula / Deborah Padula**  
Debtor(s)

Case No. **11-12985**  
Chapter **13**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- ☐ Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*  
  Check if applicable: ☐ Soc. Sec. No. amended. **[If applicable: An original, signed Official Form 21 was mailed/hand-delivered to the Clerk's office on ____.*]**
- ☐ Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
- ☐ Schedule A - Real Property
- ☒ Schedule B - Personal Property
- ☒ Schedule C - Property Claimed as Exempt
- ☐ **Schedule D, E, or F, and/or list of Creditors or Equity Holders** - REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1 *($30.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* Check applicable statement(s):
    - ☐ Creditor(s) added        ☐ Creditor(s) deleted
    - ☐ Change in amounts owed or classification of debt
    - ☐ No pre-petition creditors added/deleted, or amounts owed or classification of debt changed. [Docket: Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)
    - ☐ Post-petition creditors added (Schedule of Unpaid Debts)
  
  **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**
- ☐ Schedule G - Executory Contracts and Unexpired Leases
- ☐ Schedule H - Codebtors
- ☐ Schedule I - Current Income of Individual Debtor(s)
- ☐ Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires this cover sheet together with a completed Official Form 21 - Statement of Social Security Number(s) be electronically filed or submitted to the Clerk's Office for 'restricted" entry of the amended Social Security Number into the case record. ]**

- ☐ Statement of Financial Affairs
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Chapter 11 List of Equity Security Holders
- ☐ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
- ☐ Disclosure of Compensation of Attorney for Debtor
- ☐ Other: ____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: **all creditors on the creditor matrix**.

Date: **February 19, 2015**

/s/ Martin C. Conway  
**Martin C. Conway**  
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]  
State Bar No.: **34334**  
Mailing Address: **The Martin Conway Law Firm, PC**  
**12934 Harbor Drive**  
**Suite 108**  
**Woodbridge, VA 22192**  
Telephone No.: **855-848-3011**

[amendcs ver. 10/13]

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Robert Padula**
**Deborah Padula**
Debtor(s)

Case No.  **11-12985**
Chapter  **13**

## AMENDED
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I certify under penalty of perjury that the foregoing is true and correct.

Date **February 25, 2015**          Signature  **/s/ Robert Padula**
**Robert Padula**
Debtor

Date **February 25, 2015**          Signature  **/s/ Deborah Padula**
**Deborah Padula**
Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571