IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VPSI, INC. | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) No. 1:15-cv-612 (AJT/IDD) |
| | ) |
| DEBORAH PADULA | ) |
| | ) |
| Appellee. | ) |

## ORDER

This matter is before the Court on appeal from the Bankruptcy Court with regard to the Bankruptcy Court's Order granting Appellee Deborah Padula's Motion to Authorize Prosecution of State Court Personal Injury Action. *See In re Deborah Padula*, Case 11-12985-BFK, Doc. No. 114 (Bankr. E.D.Va. April 28, 2015) (hereafter "Bankruptcy Court Order"). The Court has reviewed the factual findings of the Bankruptcy Court for clear error and its legal conclusions *de novo*, and has considered the parties' briefs and the arguments presented by parties' counsel at the hearing held on August 21, 2015. Having reviewed the Bankruptcy Court's findings of fact, the Court finds that the Bankruptcy Court's factual findings are not clearly erroneous. Likewise, the Court has reviewed *de novo* the Bankruptcy Court's conclusions of law and finds no error as to either the applicable laws and legal principles or the Bankruptcy Court's application of those laws and legal principles to the facts, as the Bankruptcy Court found them. Accordingly, for the reasons stated in open court, it is hereby

ORDERED that the decision of the Bankruptcy Court's Order granting Appellee Deborah Padula's Motion to Authorize Prosecution of State Court Personal Injury Action be, and the same hereby is, AFFIRMED; and it is further

ORDERED that this bankruptcy appeal be, and the same hereby is, DISMISSED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
August 21, 2015